In the Matter of Ethel Savage, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, Directing Reinstatement of the Applicant to the Position of Comparer, Grade 4, in the Office of the Register of the County of Queens, against Bernard M. Patten, as Register of the County, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Bernard M. Patten and the Members of the Board

of Estimate of the City of New York. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.